UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

***FILED ELECTRONICALLY***

| | |
|---|---|
| 2H&V CONSTRUCTION SERVICES, LLC, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) No. 5:08-CV-388 ) ) |
| v. | ) ) |
| SERGENT SYSTEMS, INC.; CHARLES SERGENT; and INTERNATIONAL FIDELITY INSURANCE CO., | ) ) ) ) ) |
| Defendants/Counter-Plaintiff | ) ) |
| v. | ) ) |
| GREAT AMERICAN INSURANCE CO. | ) ) |
| Counter-Defendant | ) |

\*   \*   \*   \*   \*

**MEMORANDUM IN SUPPORT OF SERGENT SYSTEMS, INC.'S
MOTION FOR PAYMENT OF COSTS OF PERSONAL SERVICE**

Defendant/Counter-Plaintiff Sergent Systems, Inc. ("SSI"), by counsel, submits the following memorandum of law in support of its motion, pursuant to Fed. R. Civ. P. 4(d), for payment of costs of personal service.

Fed. R. Civ. P. 4 requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be

shown for its failure to sign and return the waiver. Fed. R. Civ. P. 4(d). In addition, defendant will be required to bear the cost of the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses. Id.

It is not good cause of a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. Double S Truckline Inc. v. Frozen Food Exp., 171 F.R.D. 251, 253 (D. Minn. 1997). A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought. Fed. R. Civ. P. 4(d)(5).

On March 19, 2009, GAIC was served with notice and request for waiver of service pursuant to Fed. R. Civ. P. 4(d). However, Counter-Defendant did not return the acknowledgement of receipt of summons and failed to comply with the request for waiver within the time specified in Rule 4(d)(1), necessitating personal service of the complaint and summons by SSI on May 20, 2009. Additionally, GAIC provided no showing of good cause for its failure to return this waiver within the time specified.

Because GAIC failed to waive service of summons and has showed no good cause for doing so, the Court should grant SSI's present motion for payment of costs of personal service and the present Motion. Based upon the foregoing facts and authority, Defendant/Counter-Plaintiff SSI respectfully requests that this Court grant its motion and order GAIC to pay its costs and attorneys fees in the amount of $450.00.

        Respectfully submitted,

        MCBRAYER, MCGINNIS, LESLIE
        & KIRKLAND, PLLC
        201 East Main Street, Suite 1000
        Lexington, Kentucky 40507
        (859) 231-8780

BY:   */s/ Benjamin L. Riddle*
        JON A. WOODALL, Esq.
        BENJAMIN L. RIDDLE, Esq.
        COUNSEL FOR DEFENDANTS
        SERGENT SYSTEMS, INC., AND
        CHARLES SERGENT

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed with the Clerk of the Court by using the CM/ECF System on this 26th day of June 2009, and said CM/ECF System shall serve a copy of same upon the following counsel of record:

Laurence J. Zielke
John H. Dwyer, Jr.
Zielke Law Firm, PLLC
462 Fourth Street, Suite 1250
Louisville, Kentucky 40202
*Counsel for Plaintiff,*
*2H&V Construction Services, Inc.*
*and Counter-Defendant,*
*Great American Insurance Co.*

Thomas E. Crafton
Keith D. Heath
Alber Crafton, PSC
Hurstbourne Place, Suite 1300
9300 Shelbyville Road
Louisville, Kentucky 40222
*Co-Counsel for Defendant,*
*International Fidelity Insurance Company*

Lee M. Brewer, Esq.
Alber Crafton, PSC
501 West Schrock Road, Suite 104
Westerville, OH 43081
*Co-Counsel for Defendant,*
*International Fidelity Insurance Company*

                                                   */s/ Benjamin L. Riddle*
                                                   COUNSEL FOR DEFENDANTS
                                                   SERGENT SYSTEMS, INC., AND
                                                   CHARLES SERGENT