UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CIVIL ACTION NO. 08-388-JBC**

**2H&V CONSTRUCTION SERVICES, LLC**             **PLAINTIFF,**

**V.**             **ORDER**

**SERGENT SYSTEMS, INC., ET AL.,**             **DEFENDANTS.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court upon the defendant Great American Insurance Company's motion to dismiss the defendant Sergent Systems, Inc.'s counterclaim (R. 39), and the defendant Sergent Systems, Inc.'s motion for leave to amend its counterclaim (R. 44). The court will grant the second motion and deny the first as moot because the counterclaim, as amended, complies with the relevant procedural requirement of the Miller Act.

40 U.S.C. § 3133(b)(3) (2009) provides that a civil action instituted under that subsection must be brought "in the name of the United States for the use of the person bringing the action…." The defendant Great American Insurance Company argues that because the counterclaim is based "on a bond furnished by a contractor on a federal project," and Sergent Systems, Inc. did not bring suit in the name of the United States, the action "should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6)." R. 39. While the defendant Sergent Systems, Inc.'s original counterclaim did not name the United States as a party plaintiff, its

amended counterclaim, as tendered, names "UNITED STATES FOR THE USE AND BENEFIT OF SERGENT SYSTEMS, INC." as "Counter-Plaintiff."  R. 44.  "[T]he failure to name the United States a party plaintiff in the original complaint" is "at most a formal irregularity" which may be cured by an "amendment permitted by the court."  *Blanchard v. Terry & Wright, Inc.*, 331 F.2d 467, 469-70 (6th Cir. 1964) (citing *Hendry Corp. v. American Dredging Co.*, 318 F.2d 299 (5th Cir. 1963)).  The court should freely give leave to amend pleadings when justice so requires.  *See* Fed. R. Civ. P. 15(a)(2).  Accordingly,

**IT IS ORDERED** that the defendant Great American Insurance Company's motion to dismiss the defendant Sergent Systems, Inc.'s counterclaim (R. 39) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the defendant Sergent Systems, Inc.'s motion for leave to amend its counterclaim (R. 44) is **GRANTED**.

Signed on  August 24, 2009

JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY