UNITED STATES DISTRICT COURT
EASTERN WESTERN DISTRICT OF KENTUCKY

Lexington                                          CIVIL MINUTES-TRIAL

CASE NO.  5:08-CV-388-JBC    AT: Lexington                            DATE: 1/26/2011

STYLE:     2H&V Construction Services, LLC v. Sergent Systems, Inc. et al

DOCKET ENTRY: Counsel and parties were present as noted. All motions for a directed verdict, with the exception of the motion for which the court has deferred ruling, were denied for reasons stated on the record.

PRESENT:

   HON.   JENNIFER B. COFFMAN   , CHIEF JUDGE U.S. DISTRICT COURT

      Mitchell Zegafuse                Peggy Weber
         Deputy Clerk                 Court Reporter

ATTORNEYS PRESENT FOR PARTIES:

Plaintiff/Counter-Defendant: 2H&V Construction Services - John Dwyer

Defendant/Counter Claimant: Sergent Systems, Inc. - Benjamin Riddle & Jon Woodall
     & for Counter Claimant Charles Sergent

Defendant: International Fidelity Insurance Co. - Lee Brewer & Maureen Taylor

Counterclaim Defendant: Great American Insurance Company - Timothy Martin

 X JURY TRIAL resumed.    The jury was present as noted below:

(1)   350          (2)   404          (3)   423          (4)   440
(5)   472          (6)   479          (7)   448          (8)   458

 X Introduction of evidence for X plff, X resumed, X concluded.

 X Introduction of evidence for X deft Sergent Systems, Inc. X begun, X concluded.

 X Introduction of evidence for X deft International Fidelity Insurance Co. X begun, X concluded.

 X Cont. to 1/27/2010 for further trial.  X Jury shall report at 10:00 a.m.  Counsel for the parties shall be
       present at 9:00 a.m.

___Jury retires to deliberate_____; Jury returns at_____

___JUDGMENT BY COURT _____ JURY VERDICT. SEE VERDICT OR ANSWERS TO INTERROGATORIES

___Jury polled.         ___Counsel waive polling of jury.

___Proposed Findings of Fact, Conclusions of Law & Judgment be prepared by__plff__deft

___Submitted. __BRIEFS to be filed_____PLFF;_____DEFT;_____REPLY within___ days following the filing
       of transcript by Official Court Reporter.

Copies: COR, D, JC

| TIC: | 5 | 57 |
|---|---|---|

                                                      Initial of Deputy Clerk __mwz__