# Exhibit "C"

## SETTLEMENT AGREEMENT, RELEASE, AND ASSIGNMENT OF CLAIMS

This **Settlement Agreement, Release, and Assignment of Claims** (hereinafter referred to as the "Agreement") is entered into by **Sergent Systems, Inc.**, its successors, assigns, purchasers, shareholders, directors, officers, employees, insurers, sureties, guarantors, attorneys and representatives (hereinafter collectively referred to as "Sergent"), and is effective as of the date set forth herein below.

### WITNESSETH:

1. For and in consideration of the payment of the sum of One Hundred Thirty-Two Thousand and NO/100 Dollars ($132,000.00), the sufficiency of which is hereby acknowledged, Sergent does hereby release, acquit, and forever discharge **Great American Insurance Company**, its successors, assigns, directors, officers, shareholders, employees, insurers, sureties, co-sureties, guarantors, attorneys, representatives, and any other persons or entities acting on their behalf (hereinafter collectively referred to as "Great American"), from any and all claims, actions, causes of actions, demands, obligations, liens, rights, damages, cost, loss of service, expenses and/or compensation of any nature whatsoever, including punitive and/or exemplary damages, which Sergent now has or which may hereafter accrue against Great American on account of, or in anyway arising out of, any and all known or unknown, foreseen and unforeseen damages and consequences thereof, resulting from, or related to, a certain Payment Bond No. 3819956 (the "Bond") written by Great American, as surety, for its principal, 2H&V Construction Services, LLC ("2H&V"), in favor of the United States of America, as obligee, and for a project known as "Replace A/C 3 & A/C 4, CDD" at VA Medical Center, Lexington, Kentucky, being VA Contract No. VA249C-0235 (the "Project"), and which has resulted in a claim and/or lawsuit for damages, brought by Sergent against

Exhibit "C"

Great American in an action styled *2H&V Construction Service, LLC v. Sergent Systems, Inc., et al*, United States District Court, Eastern District of Kentucky, Case No 5:08-CV-388 (the "Litigation").

2. For and in consideration of the foregoing payment, the Sergent agrees to defend itself in any post-trial motion(s) and/or appeal(s) made by or taken by 2H&V in and/or related to the Litigation.

3. This Agreement has been arrived at through bargaining and negotiation and represents a final and agreeable compromise, and is in accord and satisfaction of Sergent's claims against Great American. Sergent agrees that it has received no inducement, promise or offer of any kind whatsoever except for the consideration stated herein, and that this agreement is executed without reliance upon any statement or representation by Great American, or its representatives, or anyone, other than the sole consideration described herein.

4. It is understood and agreed that this Agreement is a compromise of a disputed claim and is not an admission of liability by Great American.

5. Sergent hereby assigns to Great American to the extent of payment herein, its right, title, and interest in any and all claims, rights, causes of action which it has asserted or could have asserted, verdict(s) and/or judgment(s) awarded against 2H&V and any other third-parties which are or may be liable to Sergent for the loss suffered herein by Great American, and this release shall not operate as a release, settlement, compromise, waiver, or accord and satisfaction of said claims, rights, causes of action, verdict(s), and/or judgment(s) by Sergent against said persons, entities, or third parties. Sergent further agrees to cooperate with Great American and assist Great American, in the performance, prosecution, and enforcement of this assignment.

6. The parties hereto agree that this Agreement shall be interpreted according to the laws of the Commonwealth of Kentucky. By entering into this Agreement, Sergent represents that it has

relied upon the advice of counsel, and that the terms of this Agreement have been completely read by it and where necessary, explained to it by its attorney, and that these terms are fully understood and voluntarily accepted by it.

7.      The parties hereto agree to cooperate fully and to execute any and all supplementary documents and to take any additional actions which are consistent with and which maybe necessary or appropriate to give full force and effect of the terms and intent of this agreement.

SERGENT SYSTEMS, INC.

By _____, _President_
                                                                    (Title)

Subscribed and sworn to before me by _Joan E. Sergent_, as _President_ of **Sergent Systems, Inc.** on this the ___7th___ day of ~~February,~~ 2011.
March

My Commission Expires: ___11-2-11___

_____
NOTARY PUBLIC, STATE AT LARGE, KENTUCKY

-3-